IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ORLANDO JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-081 |
| | ) |
| WARDEN DOUG WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 13.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for default judgment. (Doc. no. 3.)

SO ORDERED this 15th day of November, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE